UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
**Honorable A. Bruce Campbell**

| | |
|---|---|
| In re: | ) |
| BLUE BEAR FUNDING, LLC, | ) Case No. 05-31300 ABC |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |
| BLUE BEAR FUNDING, LLC, and THE OFFICIAL UNSECURED CREDITORS' COMMITTEE, | ) |
| Plaintiffs, | ) |
| v. | ) Adv. Pro. 06-1765 ABC |
| DAVID KARST, et al., | ) |
| Defendants. | ) |

**JUDGMENT**

Pursuant to and in accordance with the Order for Judgment, entered by the Honorable A. Bruce Campbell, United States Bankruptcy Judge, on June 7, 2007,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiffs and against Defendants David Karst and DK Corporation d/b/a Nationwide Cashflow Specialists on Plaintiffs' Fifteenth Claim for Relief in the amount of $2,443,921.27.

DATED: 6/7/07

FOR THE COURT:
BRADFORD L. BOLTON, CLERK

_____
Deputy Clerk

APPROVED AS TO FORM:

_____
A. Bruce Campbell, Judge