# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: BLUE BEAR FUNDING LLC, f/k/a 1st American Factoring, LLC, a Colorado limited liability company;<br><br>EIN: 20-0063205<br><br>   Debtor. | Case No. 05-31300 ABC<br><br>Chapter 11 |
| BLUE BEAR FUNDING, LLC, f/k/a 1ST AMERICAN FACTORING, LLC, a Colorado limited liability company; and<br><br>THE OFFICIAL UNSECURED CREDITORS' COMMITTEE;<br><br>   Plaintiffs,<br><br>vs.<br><br>DAVID KARST, et al,<br><br>   Defendants. | Adversary Proceeding<br>No. 06-1765 ABC |

## JUDGMENT

Pursuant to and in accordance with the Order for Judgment, entered by the Honorable A. Bruce Campbell, United States Bankruptcy Judge, on July 26, 2007,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiffs and against Defendants David Karst, DK Corporation d/b/a Nationwide Cash Flow Specialists, and KFG, LLC, jointly and severally, on all Plaintiffs' remaining Claims for Relief against such defendants, other than Plaintiffs' Fifteenth Claim for Relief, in the amount of $5,100,000.00.

DATED: July 26, 2007         FOR THE COURT:

BRADFORD L. BOLTON, CLERK

_[signature]_
Deputy Clerk

APPROVED AS TO FORM:

_[signature]_
A. Bruce Campbell, Judge

3724418_1.DOC