IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable A. Bruce Campbell

| | | |
|---|---|---|
| In re: | ) | |
| BLUE BEAR FUNDING, LLC, | ) | Case No. 05-31300 ABC |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | | |
| BLUE BEAR FUNDING, LLC, and | ) | Adversary No.06-1765 ABC |
| THE OFFICIAL UNSECURED CREDITORS' | ) | |
| COMMITTEE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID KARST, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to and in accordance with the Order on Plaintiffs' Response to Show Cause on Plaintiffs' Motions for Default Judgment, entered by the Honorable A. Bruce Campbell, United States Bankruptcy Judge, on August 9th, 2007.

**IT IS ORDERED AND ADJUDGED** that the transfers to Defendant Key Connections, LLC, described in the Amended Complaint as the "Key Transfers," are avoided pursuant to 11 U.S.C. §547(b).

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiffs and against Defendant Key Connections, LLC, in the amount of $161,036.24, pursuant to 11 U.S.C. §550(a).

DATED: August 9, 2007      FOR THE COURT:
BRADFORD L. BOLTON, CLERK

_____
Deputy Clerk

APPROVED AS TO FORM:

_____
A. Bruce Campbell, Judge