IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable A. Bruce Campbell

| | | |
|---|---|---|
| In re: | ) | |
| BLUE BEAR FUNDING, LLC, | ) | Case No. 05-31300 ABC |
| Debtor. | ) | Chapter 11 |
| | | |
| BLUE BEAR FUNDING, LLC, and | ) | Adversary No.06-1765 ABC |
| THE OFFICIAL UNSECURED CREDITORS' | ) | |
| COMMITTEE, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID KARST, et al., | ) | |
| Defendants. | ) | |

JUDGMENT

Pursuant to and in accordance with the Order for Judgment Against Garnishees and for Payment of Indebtedness Into Registry of the Court, entered by the Honorable A. Bruce Campbell, United States Bankruptcy Judge, on ~~September 19~~ October, 2007,

**IT IS ORDERED AND ADJUDGED** that Garnishee Home State Bank is indebted to Plaintiffs in the amount of $54.48; Garnishee Northwestern Mutual Financial Network is indebted to Plaintiffs in the amount of $5,553.29; and Garnishee Thrivent Financial for Lutherans is indebted to Plaintiffs in the amount of $1,036.17. Such judgment amounts against said Garnishees shall be fully satisfied upon payment thereof by the respective Garnishees into the registry of this court.

DATED: October 17, 2007

FOR THE COURT:
BRADFORD L. BOLTON, CLERK

_/s/ Deputy Clerk_
Deputy Clerk

APPROVED AS TO FORM:

_/s/ A. Bruce Campbell_
A. Bruce Campbell, Judge